## IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

FLORENCE MASON,             :    No. 19 EM 2016

        Petitioner

        v.

HON. GIOVANNI CAMPBELL, J.C..P.,
CHRISTOPHER BOLTINGHOUSE, R.
SETH WILLIAMS,

        Respondents

## ORDER

**PER CURIAM**

     **AND NOW**, this 6th day of April, 2016, the Application for Leave to File Original Process is **GRANTED**, and the Complaint/Petition in Mandamus is **DENIED**. .